CHRISTEN BJORLOW, INC., Respondent, *v.* JOSEPH VAN ROY et al., Appellants.

(Submitted January 8, 1930; decided February 11, 1930.)

*Harold Korzenik* and *Jesse Kahn* for appellants.

*William ·V. Hagendorn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.